ACCEPTED
08-24-00310-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
10/28/2024 3:34 PM
ELIZABETH G. FLORES
CLERK

08-24-00310-CV

No. 08-24-00310-CV

IN THE EIGHTH COURT OF APPEALS
EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

10/28/2024 3:34:07 PM

ELIZABETH G. FLORES
Clerk

P&K BUILDERS, LLC,

APPELLANT,

V.

J&M PROPERTIES I, LLC AND
J&M PROPERTIES ONE, LLC.

APPELLEES.

On Appeal form the 171st District Court of El Paso County, Texas
Trial Court Cause No. 2024DCV2878

**APPELLEES' SECOND (UNOPPOSED) MOTION FOR LEAVE
TO FILE APPELLEES' BRIEF AFTER THE DEADLINE**

TO THE HONORABLE JUSTICES:

Appellees, J&M PROPERTIES I, LLC and J&M PROPERTIES ONE, LLC, by and through the undersigned counsel, respectfully submit this Second Motion for Leave to File Appellees' Brief After the Deadline.  Appellees are asking the Court to permit Appellee to file their Appellees' Brief on or before October 25, 2024 or such later day as the brief may accepted by the Clerk.  In support, Appellees would show the Court as follows:

1.     After the first extension granted by the Court, October 22, 2024 was the deadline for filing Appellees' brief in this appeal.

1

2.      On October 21, 2024, Appellees filed their Appellees' Brief . . . under the wrong case number, i.e., the case number for the other appeal to this Court by Appellant, Appeal No. 08-24-00151-CV.  As a result, Appellees have filed two Appellees' Briefs in the earlier appeal (08-24-00151-CV) and none in this appeal (08-24-00310-CV)

3.      On October 25, 2024, the Clerk kindly notified the undersigned counsel by telephone of the failure to file an Appellees' Brief in this appeal.

4.      Appellees promptly corrected the error and, on that same day, October 25, 2024, filed the Appellees' Brief – with the correct case number – in this appeal.

5.      The failure to file the brief on time was due to a genuine inadvertent filing error.  Indeed, Appellees filed their brief on time on October 21, 2024, . . . and, as a result of an innocent error, Appellees filed the brief under the wrong appeal number.

6.      The undersigned counsel for Appellees has communicated with Appellant's counsel regarding this motion.  Appellant's counsel has advised that this motion is UNOPPOSED.

7.      Pursuant to Texas Rules of Appellate Procedure 38.8(a)(1–2), the Court may accept a late-filed brief if the late-filing party reasonably explains the failure to file on time and the opposing party is not significantly injured by the delay.

8.      Appellant is not opposed.

9.      Appellees respectfully ask the Court to exercise its discretion to grant this motion and allow the late filing of Appellees' brief.

FOR THE FOREGOING REASONS, Appellees respectfully pray that the Court will grant this motion and permit Appellees to file their brief on or before October 25, 2024 (or such

later date as the Clerk may accept the Appellees' Brief electronically filed herein on October 25, 2024). Appellees further pray for any other relief to which they may be justly entitled.

Respectfully submitted,

**SCOTTHULSE ᴾᶜ**
One Jacinto Plaza
201 E. Main Street, Ste. 1100
El Paso, Texas 79901
(915) 533-2493
(915) 546-8333 Facsimile

**By**: */s/Robert R. Feuille*
**ROBERT R. FEUILLE**
Texas Bar No. 06949100
bfeu@scotthulse.com

*Attorney for Appellees,*
J&M PROPERTIES I, LLC AND
J&M PROPERTIES ONE, LLC

## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a(e), I certify that on this 9th day of October 10, 2024, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Procedure 21 (f)(1) is served on the party or attorney electronically pursuant to Texas Rule of Civil Procedure 21a (a)(1), or if the e-mail address of the party or attorney is not on file with the electronic filing manager then service is accomplished pursuant to Texas Rule of Civil Procedure 21a(a)(2).

Also, the following counsel for Appellant are served with the foregoing document by email:

| | |
|---|---|
| **Robert R. Burford**<br>State Bar No. 03371700<br>Burford Perry, LLP<br>909 Fannin St., Suite 2630<br>Houston, Texas 77010<br>Phone: (713) 401-9790<br>Facsimile: (713)-993-7739<br>Service@burfordperry.com | **Daniel Rodriguez**<br>State Bar No. 24116980<br>Burford Perry, LLP<br>909 Fannin St., Suite 2630<br>Houston, Texas 77010<br>Phone: (713) 401-9790<br>Facsimile: (713)-993-7739<br>drodriguez@burfordperry.com |

By: */s/ Robert. R. Feuille*
**ROBERT R. FEUILLE**

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christina Mendoza on behalf of Robert Feuille
Bar No. 6949100
calv@scotthulse.com
Envelope ID: 93657483
Filing Code Description: Motion
Filing Description: Appellees Second Unopposed Motion for Leave to File Appellees Brief After the Deadline
Status as of 10/28/2024 4:18 PM MST

Associated Case Party: J&M Properties I, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert R.Feuille | | bfeu@scotthulse.com | 10/28/2024 3:34:07 PM | SENT |
| Johnna Moss | | jmos@scotthulse.com | 10/28/2024 3:34:07 PM | SENT |
| Christina Alvarado | | calv@scotthulse.com | 10/28/2024 3:34:07 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Burford Perry Service | | service@burfordperry.com | 10/28/2024 3:34:07 PM | SENT |
| Daniel Rodriguez | | drodriguez@burfordperry.com | 10/28/2024 3:34:07 PM | SENT |
| Matthew Kevin Powers | | kpowers@burfordperry.com | 10/28/2024 3:34:07 PM | ERROR |